## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| BILLY LEE LISENBY, JR., a/k/a Malik Al-Shabazz, | ) ) C/A No.: 8:10-0073-DCN |
| Petitioner, | ) ) |
| -vs- | ) **ORDER** ) |
| SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, and WARDEN LEVERN COHEN, | ) ) ) ) |
| Respondent. | ) ) |

This matter is before the court upon Motion to Dismiss by petitioner Billy Lee Lisenby, Jr. This motion was filed on February 8, 2010.

**IT IS THEREFORE ORDERED,** that Motion to Dismiss by petitioner Billy Lee Lisenby, Jr. is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

Charleston, South Carolina
February 17, 2010